UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

--------------------------------------------------------- X

IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

3:09-md-02100-DRH-PMF

MDL No. 2100

---------------------------------------------------------

**This Document Relates to:**

**Judge David R. Herndon**

*Lanese, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 3:13-cv-10577-DRH-PMF[1]

*Bridges et al v. Bayer Healthcare Pharmaceuticals Inc et al.* No. 3:13-cv-10544-DRH-PMF[2]

*Outlaw et al v. Bayer Healthcare Pharmaceuticals, Inc. et al.* No. 3:13-cv-10543-DRH-PMF[3]

*Altman v. Bayer Healthcare Pharmaceuticals Inc et al.* No. 3:12-cv-10091-DRH-PMF

### ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

**HERNDON, District Judge:**

This matter is before the Court on the Bayer Defendants' motions for an order dismissing the above captioned plaintiffs' claims without prejudice for failure to file an appearance as required by this Court's Order and Local Rule 83.1(g)(2).

---

[1] This order applies to plaintiffs Tinika Anderson-Oliver and Angela Barlow only.
[2] This order applies to plaintiff Latunya Barlow only.
[3] This order applies to plaintiff Stella Agogbou only.

In each of the above captioned cases, the Court granted a motion to withdraw filed by counsel. The orders granting leave to withdraw expressly provided that if the subject plaintiff (or her new counsel) failed to file a timely supplementary entry of appearance, the action would be subject to dismissal without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with the orders of this Court including failure to comply with the Plaintiff Fact Sheet requirements. To date, and in violation of this Court's orders and Local Rule 83.1(g), the above captioned plaintiffs have not filed a supplementary appearance. In addition, none of the above captioned plaintiffs have responded to the instant motion to dismiss.

The plaintiffs must comply with the Local Rules and this Court's orders. Fed. R. Civ. P. 41(b). Accordingly, for the reasons stated herein, the claims of the above captioned plaintiffs are hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Signed this 25th day of November, 2014.

David R. Herndon
2014.11.25
12:53:15 -06'00'

**District Judge**
**United States District Court**